08 CV 2145

JUDGE BAER

BLANK ROME LLP
Attorneys for Plaintiff
ISPAT INDUSTRIES LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com



MAR 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISPAT INDUSTRIES LTD.,

           Plaintiff,

-against-

SAMSON FREIGHT (EGYPT) LTD.,

           Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff ISPAT INDUSTRIES LTD. certifies that, according to information provided to counsel by its clients, ISPAT INDUSTRIES LTD. is a public limited company whose shares are traded on the Bombay stock exchange.

Dated:    New York, New York
           March 3, 2008

                                 BLANK ROME, LLP
                                 Attorneys for Plaintiff
                                 ISPAT INDUSTRIES LTD.

                                 By_____
                                    Thomas H. Belknap, Jr. (TB-3188)
                                 The Chrysler Building
                                 405 Lexington Ave.
                                 New York, NY 10174-0208
                                 (212) 885-5000
                                 tbelknap@blankrome.com

129163.00603/6616495v.1