**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (212) 885-5270
Fax:     (917) 332-3795
Email:   TBelknap@BlankRome.com

August 20, 2008

**BY HAND DELIVERY**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

    Re:    Ispat Industries Ltd. v. Samson Freight (Egypt) Ltd.
              08 Civ. 2145 (HB)
              Our Ref.: 129163-00603

Dear Judge Baer:

    We represent plaintiff in the referenced matter. This is a maritime "Rule B" action, pursuant to which plaintiff seeks to obtain security for a maritime claim pending in foreign arbitration. We write to request a brief adjournment of the preliminary conference currently scheduled for August 21, 2008.

    By order entered May 19, 2008, the Court adjourned the pre-trial conference scheduled in this matter from May 22, 2008 to August 21. In the Court's order, your Honor indicated that you planned to dismiss the action without prejudice at that time unless counsel appeared to propose or request another course of action.

    Unfortunately, the undersigned has had to travel overseas this week on another matter. We have requested but have not yet received final instructions from our client, but we anticipate that they may wish to request that the Court refrain from dismissing the action at this time to allow them to continue serving the writ. In this respect, we would note that we have made several small attachments in the past couple of months but have released them in view of their size relative to the claim. In the circumstances, we respectfully request that the Court grant a brief adjournment until after Labor Day (e.g., during the week of September 2, 2008), or thereafter at the Court's preference, so that we can obtain definitive instructions from our client

Honorable Harold Baer, Jr.
August 20, 2008
Page 2

and appear before your Honor to address the issue of the proposed dismissal without prejudice, if it proves to be necessary.

Respectfully submitted,

Thomas H. Belknap, Jr.

Thomas H. Belknap, Jr.

THB:aea

*[Handwritten note from the judge, partially illegible:]* I'll adjourn to the Sept 4 '08 conf here to mind your firm is enough to have back up for a conference called by a federal judge. Sept 4 '08 /AEA

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: 8/20/08

129163.00603/6663189v.1

Endorsement:

    I will adjourn this to September 4 at 1:45 P.M. but keep in mind your firm is large enough to have back up for a conference called by a Federal Judge giving plenty of notice. September 4 at 1:45 P.M.