BLANK ROME, LLP
Attorneys for Plaintiff
ISPAT INDUSTRIES LTD.
Thomas H. Belknap, Jr. (TB-3188)
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

SEP 0 3 2008

U.S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 9 3 0 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISPAT INDUSTRIES LTD.,

Plaintiff,

-against-

SAMSON FREIGHT (EGYPT) LTD.,

Defendant.

08 Civ. 2145 (HB)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

---

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, SAMSON FREIGHT (EGYPT) LTD., under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

311817.1
129163.00603/666479lv.1

1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of

the Federal Rules of Civil Procedure.

Dated:        New York, New York
              August 27, 2008

                          BLANK ROME, LLP
                          Attorneys for Plaintiff
                          ISPAT INDUSTRIES LTD.

                          By_____
                             LeRoy Lambert (LL-3519)
                             Thomas H. Belknap, Jr. (TB-3188)
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, NY 10174-0208
                          (212) 885-5000

SO ORDERED:

_____  9/3/0
U.S.D.J.